**IN THE UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**KAWANA BROOKINS**                                                   **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 2:17-cv-172-KS-MTP**

**LAWRENCE COUNTY SCHOOL**
**DISTRICT and TAMMY FAIRBURN,**
**in both her official and individual capacity**            **DEFENDANTS**

**TAMMY FAIRBURN'S MOTION**
**FOR JUDGMENT ON THE PLEADINGS**

Come now, Tammy Fairburn, by and through counsel, and submits her Motion for Judgment on the Pleadings

1.      This suit arises out of Plaintiff's former employment with the Lawrence County School District ("LCSD"). More specifically, Plaintiff, an African-American, contends that she was subjected to racial discrimination in her employment.

2.      Plaintiff's Complaint asserts a number of claims under both Federal and State law. More specifically, as to her Federal claims, Plaintiff asserts claims under Title VII-Racial Discrimination, and Title VII—Retaliation.

3.      In her Complaint, Plaintiff asserts that the Defendants discriminated against her based on her race and retaliated against her for engaging in protected activity. *Compl.* ¶ 30, 37.  The Defendants in this case are the LCSD and Tammy Fairburn (individually and officially).

4.      It is well settled in the Fifth Circuit that individual supervisors cannot be held personally liable under Title VII, as they are not "employers" as that term is

defined in Title VII. Similarly, a Title VII plaintiff may not recover against a public employee in his individual capacity. In light of this, Plaintiff's Title VII claims against Fairburn, individually, must be dismissed.

WHEREFORE, PREMISES CONSIDERED, for all of the reasons stated and authorities cited hereinabove, and in her Memorandum of Authorities in Support of Her Motion, this Court should dismiss Plaintiff's Title VII claims against Fairburn in her individual capacity.

**DATE:**        **January 8, 2018.**

Respectfully submitted,

**TAMMY FAIRBURN**

BY:      /s/*William R. Allen*
         One of Her Attorneys

WILLIAM R. ALLEN (MSB #100541)
J. CHADWICK WILLIAMS (MSB #102158)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
cwilliams@aabalegal.com

2

## CERTIFICATE

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, hereby certify that on this day, I electronically filed the foregoing Tammy Fairburn's Motion for Judgment on the Pleadings with the Clerk of the Court which gave notice of the same to:

> E. Carlos Tanner, III, Esq.
> TANNER & ASSOCIATES, LLC
> P. O. Box 3709
> Jackson, MS 39207
> carlos.tanner@thetannerlawfirm.com

The 8th day of January, 2018.

/s/*William R. Allen*
OF COUNSEL