**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**KAWANA BROOKINS,**                                                                **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 2:17-CV-172-KS-MTP**

**LAWRENCE COUNTY SCHOOL
DISTRICT,** *et al.*                                                                **DEFENDANTS**


**ORDER**

On January 8, 2018, Defendant Tammy Fairburn filed a Motion for Judgment on the Pleadings [6]. Plaintiff shall respond on or before **January 22, 2018**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, she must do so on or before **January 29, 2018**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this 9th day of January, 2018.


                                        /s/ Keith Starrett
                                        KEITH STARRETT
                                        UNITED STATES DISTRICT JUDGE