# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

KAWANA BROOKINS,     )
                     )
    Plaintiff,        )
                     )
     v.         )   Civil Action No. 2:17-CV-00172-KS-
LAWRENCE COUNTY SCHOOL  )  MTP
DISTRICT; TAMMY FAIRBURN, in  )
both her official and individual  )   JURY TRIAL DEMANDED
capacity; DARRYL TURNER, in both  )
his individual and official capacity and  )
JOHN DOES (1-10)    )
                     )
    Defendants**.**     )

## <u>PLAINTIFF KAWANA BROOKINS' RESPONSE IN OPPOSITION TO DEFENDANT TAMMY FAIRBURN'S MOTION FOR JUDGMENT ON THE PLEADINGS</u>

COMES NOW, the Plaintiff, Kawana Brookins, by and through her undersigned counsel, and files this, her Response to Defendant Tammy Fairburn's Motion for Judgment on the Pleadings [Ct. Doc. No. 6] as to Plaintiffs' Title VII claims against Defendant Fairburn in her individual capacity. Defendant Fairburn correctly states that "a Title VII plaintiff may not recover against a public employee in [her] individual capacity. The defendant, however, misreads Plaintiff Brookins' Complaint. In the Complaint, Plaintiff Brookins has not asserted any Title VII claims against Defendant Fairburn in her individual capacity. *See* Ct. Doc. No. 1, Complaint at ¶¶ 28, 36. Plaintiff's Title VII claims are asserted against Defendant Fairburn's co-defendant, the Lawrence County School District, a proper party to be sued pursuant to Title VII. Defendant's motion for judgment of dismissal

of Plaintiff's Title VII claims against Defendant Fairburn is therefore, without merit and should be denied.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Kawana Brookins respectfully requests this Court deny Defendant Tammy Fairburn's Motion for Judgment on the Pleadings as to Plaintiff's Title VII claims against the moving defendant because no such claims are before the Court in this cause.

**RESPECTFULLY SUBMITTED,** on this, the 22nd day of January, 2018.

KAWANA BROOKINS
PLAINTIFF


/s/ Eugene Carlos Tanner III
E. Carlos Tanner, III, Esq. (MSB 102713)
TANNER & ASSOCIATES, LLC
263 E. Pearl Street
Jackson, Mississippi  39201
601.460.1745 (Telephone)
662.796.3509 (Facsimile)
**carlos.tanner@thetannerlawfirm.com**

# Certificate of Service

I, E. Carlos Tanner, III, do hereby certify that on this date, January 22, 2018, I have electronically filed the foregoing Response in Opposition to Defendants' Motion for Judgment on the Pleadings with the Clerk of Court for the United States District Court for the Southern District of Mississippi, using the Court's ECF system, which caused a copy to be electronically delivered to all counsel of record in this cause.

ON THIS, the 22nd day of January, 2018.

/s/ Eugene Carlos Tanner III
E. Carlos Tanner, III, Esq. (MSB 102713)
TANNER & ASSOCIATES, LLC
263 E. Pearl Street
Jackson, Mississippi 39201
601.460.1745 (Telephone)
662.796.3509 (Facsimile)
**carlos.tanner@thetannerlawfirm.com**