## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**KAWANA BROOKINS**                                                          **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 2:17-CV-172-KS-MTP**

**LAWRENCE COUNTY SCHOOL DISTRICT,** *et al.*                                    **DEFENDANTS**

### ORDER

On March 8, 2019, Defendants filed a Motion to Exclude and Strike [34]. Plaintiff shall respond on or before **March 22, 2019**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). Defendants may reply on or before **March 29, 2019**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

The original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and the response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this 13th day of March, 2019.

                                                               /s/ Keith Starrett
                                                                      KEITH STARRETT
                                                       UNITED STATES DISTRICT JUDGE