**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**KAWANA BROOKINS**                                                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 2:17-CV-172-KS-MTP**

**LAWRENCE COUNTY SCHOOL
DISTRICT,** *et al.*                                                                           **DEFENDANTS**

### FINAL JUDGMENT

For the reasons provided in a Memorandum Opinion and Order entered on this day and pursuant to Rule 58, the Court enters this Final Judgment in favor of Defendants, Lawrence County School District and Tammy Fairburn. This case is closed.

SO ORDERED AND ADJUDGED this 31st day of May, 2019.

/s/     Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE
